### JULY 29, 1982

*In re* CERTIFIED QUESTION, GRAINGER v SANDOZ PHARMACEUTICALS. (Docket No. 69340.) The certified question presented to this Court by the United States District Court for the Eastern District of Michigan is considered and the Court respectfully declines to respond to the question.

On reconsideration the request to answer the question certified by the United States District Court for the Eastern District of Michigan is accepted on February 18, 1983. To be argued and submitted with *In re Certified Question, Odgers v Ortho Pharmaceutical Corp,* Docket No. 68958. *Lopatin, Miller, Freedman, Bluestone, Erlich, Rosen & Bartnick* for plaintiff. *Harvey, Kruse, Westen & Milan, P.C.,* for defendant.

### AUGUST 13, 1982

DOERR v UNIVERSAL ENGINEERING DIVISION, HOUDAILLE INDUSTRIES, INC. (Docket No. 63372.) The Court having issued its decision in this case on February 3, 1981 (410 Mich 231), and its order remanding this case to the Michigan Employment Security Board of Review on February 24, 1981, and the Michigan Employment Security Board of Review having issued its decision on remand on December 15, 1981, and plaintiffs having filed a motion to affirm the decision on remand of the Michigan Employment Security Board of Review, we find that there was substantial, competent and material evidence to support the agency's finding on remand that the labor dispute was not the substantial contributing cause of plaintiffs' unemployment. The motion to affirm the decision on remand is granted. *John A. Fillion, Jordan Rossen,* and *Rothe, Mazey, Mazey & Hamburger* for plaintiffs.